IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CG_ D.C.

05 OCT 27 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 03-20154-Ma

KEITH RONE,

    Defendant.

### ORDER RESETTING RE-SENTENCING DATE

Before the court is the defendant's October 25, 2005, unopposed motion to reset the re-sentencing of Keith Rone, which is presently set for October 27, 2005. For good cause shown, the motion is granted. The re-sentencing of defendant Keith Rone is **reset to Tuesday, November 29, 2005, at 1:30 p.m.**

It is so ORDERED this 26th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-28-05_

74

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:03-CR-20154 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Keith L Rone
FCI-Memphis
P.O. Box 34550
Memphis, TN 38184

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT