IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 03-20154-MaA

KEITH RONE,

      Defendant.

## ORDER RESETTING RE-SENTENCING DATE

Before the court is the government's November 28, 2005, motion to reset the re-sentencing of Keith Rone, which is presently set for November 29, 2005. For good cause shown, the motion is granted. The re-sentencing of defendant Keith Rone is **reset to Thursday, December 19, 2005, at 1:30 p.m.**

It is so ORDERED this 28th day of November, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

FILED BY _____ D.C.
05 NOV 28 PM 4: 53
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:03-CR-20154 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT